IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WAYNE LEE,
    Petitioner

    v.

ISAAC FULWOOD, *et al.*,
    Respondents

: CIVIL ACTION
:
: NO. 10-5468

**FILED**
APR 28 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**Order**

And now, this 28 day of April 2010, upon careful consideration of defendant Wayne Lee's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) and the government's response in opposition thereto (Doc. 4), **IT IS HEREBY ORDERED** that the petition for a writ of habeas corpus is **DENIED**.

William H. Yohn Jr., Judge